United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENZELL MAGIC METCALF,

      Plaintiff,

   v.

SILVA,

      Defendant.

Case No.  26-cv-02708-SVK

**ORDER GRANTING EXTENSION OF TIME**

Plaintiff, a California prisoner proceeding pro se, filed the complaint and application to proceed in forma pauperis in this civil rights action by mail.  Under General Order 76, he must file the complaint and IFP application using his prison's email filing procedures.  In light of his incarcerated and pro se status, Plaintiff is GRANTED an extension of time, to and including **May 11, 2026,** to comply with the Clerk's "NOTICE OF FAILURE TO USE PRISON EMAIL FILING PROCEDURES (VIOLATION OF GENERAL ORDER 76)" that was mailed to him on March 27, 2026.[1]  **Failure to do so will result in the dismissal of this case without prejudice.**

     **IT IS SO ORDERED.**

Dated: April 30, 2026

_Susan van Keulen_
Susan van Keulen
United States Magistrate Judge

---

[1] The Clerk shall mail Plaintiff another copy of this notice along with this order.